# Order

Michigan Supreme Court
Lansing, Michigan

May 24, 2017

154521

SHOREPOINTE NURSING CENTER,
CHERRYWOOD NURSING AND LIVING
CENTER, WHITEHALL OF NOVI,
WHITEHALL OF ANN ARBOR,
TRANSITIONAL HEALTH SERVICES
OF WAYNE, TRANSITIONAL HEALTH
SERVICES OF FREMONT, MATHER
NURSING CENTER, AUSABLE VALLEY
CONTINUING CARE RETIREMENT,
HILLTOP MANOR, FENTON EXTENDED
CARE CENTER, CYPRESS MANOR,
LIFE CARE CENTERS OF AMERICA, INC.,
RIVERGATE TERRACE, RIVERGATE
HEALTH CENTER, LIFE CARE CENTER
OF PLAINWELL, PREMIER HEALTH CARE
MANAGEMENT, INC., WEST BLOOMFIELD
NURSING CONVALESCENT CENTER, and
WOODWARD HILLS NURSING CENTER,
      Plaintiffs-Appellees,

and

AUTUMN WOODS RESIDENTIAL HEALTH
CARE FACILITY, THE LAURELS OF
BEDFORD, THE LAURELS OF CARSON
CITY, THE LAURELS OF COLDWATER,
THE LAURELS OF FULTON, THE LAURELS
OF GALESBURG, THE LAURELS OF
HUDSONVILLE, THE LAURELS OF KENT,
THE LAURELS OF MOUNT PLEASANT,
and THE LAURELS OF SANDY CREEK,
      Plaintiffs-Appellants,

v

DEPARTMENT OF HEALTH AND
HUMAN SERVICES, f/k/a DEPARTMENT
OF COMMUNITY HEALTH,
      Defendant-Appellee.
_____/

SC: 154521
COA: 332047
Macomb CC: 2014-002746-AA

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

On order of the Court, the application for leave to appeal the August 24, 2016 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2017



Clerk

d0517